JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>v.<br><br>RICARDO RENTERIA,<br><br>    Defendant/Petitioner | Case No. CV 22-4491 VAP<br>(CR 18-119 VAP)<br><br>**Judgment** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant Renteria's Motion is DENIED and this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   1/17/23

                                          Virginia A. Phillips
                                          Senior United States District Judge

1